Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

VANESSA THILL and JELENA WOEHR, each individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

VEGO INNOVATIONS, INC.,

*Defendant*.

Case No. 3:26-cv-07940-CRB

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Hon. Charles R. Breyer

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Vanessa Thill and Jelena Woehr dismiss, without prejudice, all claims against Defendant Vego Innovations, Inc.

Date: October 8, 2026

Respectfully submitted,

By: *_/s/ Richard Lyon_*

Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiffs*